THOMAS W. FIELDING, *Appellant,* v. THE FIRST NATIONAL BANK OF GAINESVILLE, A CORPORATION, *et al., Appellees.*

Opinion Filed December 13, 1918.

When the decree in chancery accords with the probative force of the testimony, and no material errors of procedure or of law appear, the decree will be affirmed.

Appeal from Circuit Court for Alachua County; J. T. Wills, Judge.

Decree affirmed.

*Thomas W. Fielding,* in *pro per;*

*Hampton & Hampton,* for Appellees.

PER CURIAM.—In a suit to have a trust decreed in the proceeds of a foreclosure proceeding and to subject it to the payment of a judgment obtained against the person alleged to be the real owner of the mortgage, the court dismissed the bill of complaint and the complainant appealed.

35—Vol. 76.

The decree accords with the probative force of the testimony and no material errors of procedure or of law appearing, the decree is affirmed.

All concur.